FORM 26. Docketing Statement　　　　　　　　　　　　　　　　　　　Form 26 (p. 1)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-1241

**Short Case Caption:** Estech Systems, Inc. v. RingCentral, Inc.

**Filing Party/Entity:** RingCentral, Inc.

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Patent Trial & Appeal Board | IPR2021-00573 | Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of PTAB decision

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The PTAB cancelled claims 1-4, 6-15, and 17-31 of U.S. Patent No. 6,067,349

**Briefly describe the judgment/order appealed from:**

The PTAB instituted inter partes review on claims 1-4, 6-15, and 17-31 of U.S. Patent No. 6,067,349. The PTAB found that Appellee had shown by a preponderance of evidence that challenged claims 1-4, 6-15, and 17-31 are unpatentable.

**Nature of judgment (select one):**　　　　**Date of judgment:** 10/4/22

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                                        Form 26 (p. 2)
                                                                    July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

> Estech Systems, Inc. v. RingCentral, Inc., Fed. Cir. No. 23-1242
> Estech Systems, Inc. v. Howard Midstream Energy Partners, Fed. Cir. No. 23-1199

Issues to be raised on appeal:  ☐ None/Not Applicable

> Whether the PTAB correctly found that claims 1-4, 6-15, and 17-31 of U.S. Patent No. 6,067,349 are unpatentable.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes   ☐ No

If "yes," when were the last such discussions?

- ☐ Before the case was filed below
- ☑ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation?  ☐ Yes  ☑ No

Explain.

> In light of previous settlement discussions between the parties, appellee does not believe that mediation is likely to resolve this case.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 12/27/22             Signature: /s/ Melanie L. Bostwick

                           Name:      Melanie L. Bostwick

Save for Filing